## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DANIELLE S.,**

      **Plaintiff,**

      **vs.**                                                                   **CIV NO. 1:25-cv-01188-KRS**

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

      **Defendant.**

### ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 12), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

      **IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **April 5, 2026**.

      **IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **May 5, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE