**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**DANIELLE S.,**

       **Plaintiff,**

 **vs.**                                      **25-cv-01188-KRS**

**FRANK BISIGNANO,
Commissioner of the
Social Security Administration,**

       **Defendant**

## ORDER GRANTING DEFENDANT'S FIRST
## UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Extension of Time (the "Motion"), (Doc. 19), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Complaint no later than **September 4, 2026**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

**IT IS SO ORDERED** this 13th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE