**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DANIELLE S.,**

**Plaintiff,**

**vs.** **25-cv-01188-KRS**

**FRANK BISIGNANO,**
**Commissioner of the**
**Social Security Administration,**

**Defendant**

**ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER comes before the Court on Plaintiff's Second Unopposed Motion for Extension of Time to File Reply in Support of Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 26), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her reply no later than October 16, 2026.

**IT IS SO ORDERED** this 2nd day of October, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE